AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>The person of John Middendorp and the premises<br>located at 11575 SW Greenburg Road Apt. 12, Tigard,<br>OR 97223, more fully described in Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  3:22-mc-00247

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The person of John Middendorp and the premises located at 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223, more fully described in Attachment A.

located in the _____ District of _____ Oregon _____ , there is now concealed *(identify the person or describe the property to be seized)*:

The information and items set forth in Attachment B hereto.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) and (e),<br>1470, and 2250(a) | Attempted Sexual Exploitation of Children, Attempted Transmitting Obscene<br>Material to a Minor, Failure to Register as a Sex Offender |

The application is based on these facts:

See the attached affidavit of HSI Special Agent Clinton Lindsly.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Clinton Lindsly, Special Agent, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone at 7:53 a.m./p.m. _____ *(specify reliable electronic means)*

Date:  3/8/2022

_____
*Judge's signature*

City and state:  Portland, Oregon

Honorable Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Description of the Premises, Property, and Person to be Searched

**1.    Subject Premises:  11575 SW Greenburg Road Apt. 12, Tigard, OR 97223**

The Subject Premises is an apartment or duplex located at 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223.  It is a wood two-story residence painted blue, with a black roof, faces north, and is located on the south side of SW Greenburg Road.  The number "12" is on the west side of the front door in black lettering.  Specifically, common areas of the residence, any room rented, controlled, or used by **John MIDDENDORP**, and any area in which his belongings are reasonably believed to be stored.



**2.** **Person**

The person of **John MIDDENDORP** (and any cell phone or digital device on his person or under his control at the time of search, provided that he is located in the District of Oregon at the time of search), with date of birth XX/XX/1989; California Identification #E2189680; a white male with black hair; approximately 5'11"; and 155 lbs., pictured below.



**ATTACHMENT B**

**Items to be Searched For, Seized, and Examined**

The following items, documents, and records that contain contraband or are evidence, fruits, or instrumentalities of violations of 18 U.S. Code § 2250(a) (Failure to Register as a Sex Offender), 18 U.S.C. §§ 2251(a) and (e) (Attempted Sexual Exploitation of a Child), and 18 U.S.C. § 1470 (Attempted Transfer of Obscene Material to a Minor), collectively referred to as the "**Target Offenses**," including the following:

**I.    Digital Evidence**

1.    Any mobile devices including cell phones that may have been used to commit or facilitate the **Target Offenses**;

2.    Any computers that may have been used to facilitate violations of the **Target Offenses**, including any peripheral devices such as external hard drives, external disk drives, power supplies, modem, and routers;

3.    Any computer equipment or digital devices that are capable of being used to create, access, or store contraband or evidence, fruits, or instrumentalities of the **Target Offenses**, including central processing units; laptop or notebook computers; personal digital assistants; wireless communication devices including paging devices and cellular telephones; peripheral input/output devices such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communication devices such as modems, routers, cables, and connections; storage media; and security devices;

4.    Any magnetic, electronic, or optical storage device capable of storing data, such as floppy disks, hard disks, tapes, CD ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, thumb drives, smart cards, PC cards, memory calculators, electronic dialers,

**Attachment B**                                                                                           **Page 1**

electronic notebooks, personal digital assistants, and cell phones capable of being used to commit or further the crimes referenced above, or to create, access, or store contraband, or evidence, fruits, or instrumentalities of such crimes;

5.      Any documentation, operating logs, and reference manuals regarding the operation of the computer equipment, storage devices, or software;

6.      Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

7.      Any physical keys, encryption devices, dongles, or similar physical items which are necessary to gain access to the computer equipment, storage devices, or data;

8.      Any passwords, password files, test keys, encryption codes, or other information necessary to access the computer equipment, digital devices, storage devices, cloud-based storage accounts, or data; and

9.       All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device, that show the actual user(s) of the computers or digital devices during the time the device was used to commit the crimes referenced above, including the web browser's history; temporary Internet files; cookies, bookmarked, or favorite web pages; email addresses used from the computer; MAC IDs and/or Internet Protocol addresses used by the computer; email, instant messages, and other electronic communications; address books; contact lists; records of social networking and online service usage; screen names or usernames, and software that would allow others to control the digital device such as viruses, Trojan horses, and other forms of malicious software.

**Attachment B**                                                                                                    **Page 2**

## II.    Records, Documents, and Visual Depictions

10.    Any records, documents, or materials, including correspondence, that pertain to any travel of **MIDDENDORP** from December 24, 2021 (date of end of supervision in California) to the present;

11.    Any records, documents, or materials, including correspondence, that pertain to any communications in any form with the online "persona," including on Facebook;

12.    Any photographs, videos, or recordings of HSI Special Agent Erin Herrgott;

13.    Any photographs, videos, or recordings of **MIDDENDORP** that appear sexual in nature consistent with what he sent the undercover persona;

14.    Any records, documents, or materials, including encryption codes, encryption links, or passcodes related to the any account used or believed to have been used to communicate with the undercover persona described in the affidavit in support of the search warrant application;

15.    Any records, documents, or materials, including any record related to the creation of or any correspondence to or from any Facebook account identified in the affidavit in support of the search warrant application in any form;

16.    Any records, documents, or materials, including any correspondence, that involve any communication with any person who is or appears to be under the age of 18, that are sexual in nature, that discuss the production or transmission of sexually explicit images of a minor, or indicate a sexual interest in children;

17.    Any records, documents, or materials, including correspondence, that pertain to the production, transportation, distribution, receipt, or possession of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256;

**Attachment B**                                                                                       **Page 3**

18.     Any records, documents, or materials which include offers to transmit, through interstate commerce by any means (including by computer), any visual depiction of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

19.     Any records, documents, or materials relating to the production, reproduction, receipt, shipment, trade, purchase, or a transaction of any kind involving the transmission, through interstate commerce (including by computer), of any visual depiction of a minor engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

20.     Any records, documents, or materials naming or identifying minors visually depicted while engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256;

21.     Any records of Internet usage, including records containing screen names, usernames, and e-mail addresses, and identities assumed for the purposes of communication on the Internet. These records include billing and subscriber records, chat room logs, e-mail messages, and include electronic files in a computer and on other data storage media, including CDs or DVDs;

22.     Any records, documents, or materials referring or pertaining to communications with others, whether in person, by telephone, or online, for the purpose of producing, distributing, or transporting child pornography, including chat logs, call logs, address book or contact list entries, and digital images or videos sent or received; and

As used above, the terms records, documents, programs, applications or materials includes records, documents, programs, applications or materials created, modified or stored in any form including digital or electronic form.

**Attachment B**                                                                                                    **Page 4**

**Search Procedure**

26.     In searching for data capable of being read, stored, or interpreted by a computer or storage device, law enforcement personnel executing the search warrant will employ the following procedure:

a.     *On-site search, if practicable.*  Law enforcement officers trained in computer forensics (hereafter, "computer personnel"), if present, may be able to determine if digital devices can be searched on site in a reasonable amount of time without jeopardizing the ability to preserve data on the devices.  Any device searched on site will be seized only if it contains data falling within the list of items to be seized as set forth in the warrant and herein.

b.     *On-site imaging, if practicable.*  If a digital device cannot be searched on site as described above, the computer personnel, if present, will determine whether the device can be imaged on site in a reasonable amount of time without jeopardizing the ability to preserve the data.

c.     *Seizure of digital devices for off-site imaging and search.*  If no computer personnel are present at the execution of the search warrant, or if they determine that a digital device cannot be searched or imaged on site in a reasonable amount of time and without jeopardizing the ability to preserve data, the digital device will be seized and transported to an appropriate law enforcement laboratory for review.

d.     Law enforcement personnel will examine the digital device to extract and seize any data that falls within the list of items to be seized as set forth in the warrant and herein.  To the extent they discover data that falls outside the scope of the warrant that they believe should be seized (e.g., contraband or evidence of other crimes), they will seek an additional warrant.

e.     Law enforcement personnel will use procedures designed to identify items to be seized under the warrant.  These procedures may include the use of a "hash value" library to

**Attachment B**                                                                                                    **Page 5**

exclude normal operating system files that do not need to be searched.  In addition, law enforcement personnel may search for and attempt to recover deleted, hidden, or encrypted data to determine whether the data falls within the list of items to be seized under the warrant.

        f.      If the digital device was seized or imaged, law enforcement personnel will perform an initial search of the original digital device or image within a reasonable amount of time not to exceed 120 days from the date the warrant is executed.  If, after conducting the initial search, law enforcement personnel determine that an original digital device contains any data falling within the list of items to be seized pursuant to this warrant, the government will retain the original digital device to, among other things, litigate the admissibility/authenticity of the seized items at trial, ensure the integrity of the copies, ensure the adequacy of chain of custody, and resolve any issues regarding contamination of the evidence.  If the government needs additional time to determine whether an original digital device or image contains any data falling within the list of items to be seized pursuant to this warrant, it may seek an extension of time from the Court within the original 120-day period from the date the warrant is executed.  The government shall complete the search of the digital device or image within 180 days of the date the warrant is executed.  If the government needs additional time to complete the search, it may seek an extension from the Court.

        g.      If, at the conclusion of the search, law enforcement personnel determine that particular files or file folders on an original digital device or image do not contain any data falling within the list of items to be seized pursuant to the warrant, they will not search or examine those files or folders further without authorization from the Court.  Law enforcement personnel may continue to examine files or data falling within the list of items to be seized pursuant to the warrant, as well as data within the operating system, file system, or software application relating or pertaining

**Attachment B**                                                                 **Page 6**

to files or data falling within the list of items to be seized pursuant to the warrant (such as log files, registry data, and the like), through the conclusion of the case.

        h.     If an original digital device does not contain any data falling within the list of items to be seized pursuant to this warrant, the government will return that original data device to its owner within a reasonable period of time following the search of that original data device and will seal any image of the device, absent further authorization from the Court.

STATE OF OREGON      )
                              ) ss:             AFFIDAVIT OF CLINTON LINDSLY
County of Multnomah     )

### Affidavit in Support of a Search Warrant

I, Clinton Lindsly, being duly sworn, do hereby depose and state as follows:

### <u>Introduction and Agent Background</u>

1.     I have been employed as a Special Agent (SA) by the U.S. Department of Homeland Security (DHS), Immigration and Customs Enforcement, Homeland Security Investigations (HSI) since August 2010.   I am currently assigned to the child exploitation unit in the HSI office in Portland, Oregon.   Previously, I was assigned to the HSI office in Los Angeles, California, where I worked for over six years in a money laundering and narcotics group that specialized in undercover operations.   In 2018, I transferred to HSI Portland and continued to specialize in money laundering and narcotics investigations until January 2020.   My formal law enforcement training includes successfully completing the 23-week HSI basic training course at the Federal Law Enforcement Training Center in Glynco, Georgia.   During that training, I learned how to conduct child exploitation investigations.   Since then, I have conducted numerous child exploitation investigations and have assisted federal and state partners with their child exploitation investigations.   As such, I have become familiar with ways that child pornography is shared, distributed, and/or produced, including the use of various social media websites (Facebook, Twitter, Kik, Snap Chat, Discord, etc.), "cloud" based storage, peer-to-peer (P2P) networks, and Internet Relay Chat (IRC).   I have also become familiar with jargon or slang terms that people involved in child exploitation will use to discuss their activities. Additionally, I have become familiar with how child pornography is sold, traded, and distributed

**Page 1 – Affidavit of Clinton Lindsly**

on the "dark net," often being purchased with digital currency such as Bitcoin, Ripple, and others.

2.      I have been the case agent for numerous investigations involving the sexual exploitation of children or the distribution, receipt, and possession of child pornography, and have assisted in many other investigations.   I have participated in searches of premises and assisted in gathering evidence pursuant to search warrants, including search warrants in multiple child pornography investigations.   I have participated in interviews of persons identified as possessing and distributing child pornography.   I have also participated in investigations involving online predators that are attempting to have sex with children.

3.      I submit this affidavit in support of an application for a warrant authorizing searches of the person of **John MIDDENDORP**, including any cell phones on his person, and his residence located at 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223 (the **"Subject Premises"**) for evidence, fruits, and instrumentalities of violations of 18 U.S. Code § 2250(a) (Failure to Register), 18 U.S.C. §§ 2251(a) and (e) (Attempted Sexual Exploitation of a Child), and 18 U.S.C. § 1470 (Attempted Transfer of Obscene Material to a Minor) (the "**Target Offenses**").   As set forth below, I have probable cause to believe that **MIDDENDORP** committed those offenses, and that evidence of those offenses will be found on his person (including on any smartphone or other mobile device on his person) and at his residence.

4.      This affidavit is intended to show only that there is sufficient probable cause for the requested search warrant and does not set forth all my knowledge about this matter.   The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law

**Page  2 – Affidavit of Clinton Lindsly**

enforcement officers, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

5.    *Title 18, United States Code, § 2250(a)* makes it a sex offender who is required to register under the Sex Offender Registration and Notification Act (SORNA) to knowingly fail to register or update a registration as required by SORNA.

6.    *Title 18, United States Code, §§ 2251(a) and (e)* make it a crime for any person to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that the visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if the visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if the visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, or to attempt to do so.

7.    *Title 18, United States Code § 1470* makes it a crime for any person, using the mail or any facility or means of interstate or foreign commerce, to knowingly transfer obscene

**Page 3 – Affidavit of Clinton Lindsly**

matter to another individual who has not attained the age of 16 years, knowing that such other

individual has not attained the age of 16 years, or to attempt to do so.[1]

## Statement of Probable Cause

*Summary - Undercover Account Contacted by MIDDENDORP*

8.      On March 2, 2022, Homeland Security Investigations (HSI) Stockton Special

Agent (SA) Peter Evans contacted me about an online predator identified as John

**MIDDENDORP**, who is a registered sex offender in the state of California.   **MIDDENDORP**

was convicted in 2009 of Lewd or Lascivious Act with a Minor Child Under 14 Years of Age in

violation of California state law.   Based on my review of records on the California Sex Registry

database, **MIDDENDORP** was incarcerated for approximately five years and was released from

prison in 2014.   **MIDDENDORP's** post-prison supervision ended on approximately December

24, 2021.   Based on this, it appears that **MIDDENDORP** has barely been off government

supervision for two months before re-engaging with a purported underage child using the

internet.

9.      On March 2, 2022, **MIDDENDORP** contacted an undercover Facebook account

and was immediately told by the law enforcement officer responsible for the account that the

user of the account was only 16 years old.   **MIDDENDORP** then asked the user if she was a

---

[1]   Currently, obscenity is evaluated by federal and state courts alike using a tripartite standard
established by  the Supreme Court in <u>Miller v. California</u>.   The Miller test for obscenity
includes the following criteria: (1) whether the average person, applying contemporary
community standards would find that the work, taken as a whole, appeals to prurient interest;
(2) whether the work depicts or describes, in a patently offensive way, sexual conduct
specifically defined by the applicable state law; and (3) whether the work, taken as a whole,
lacks serious literary, artistic, political, or scientific value.

virgin and attempted to video-chat with her.   **MIDDENDORP** then sent an image of a male with an erect penis, which **MIDDENDORP** claimed was him.   Over the next several days **MIDDENDORP** continued to engage in sexually explicit conversation with the online persona and agreed to meet in person for the purposes of having sex in the District of Oregon.   The undercover agent then told **MIDDENDORP** that the online persona was in fact 15 years old; **MIDDENDORP** still wanted to meet in person to have sex.   **MIDDENDORP** was told at least five times that the online persona was only 15 years old, but he continued to engage in sexually explicit conversations with the girl.   In fact, he sent a video of himself naked before getting in the shower and asked the undercover agent to join him in the shower by video chat.

**MIDDENDORP** made several requests for the undercover to send him sexually explicit photographs of herself.   **MIDDENDORP** told the online persona, who he believed was a 15-year-old girl, that he wanted to "rape" her when they met in person and that he has raped other people.

*Undercover Facebook Account Discussion*

10.   The undercover Facebook account is maintained by Detective Casey Cooper of the Stanislaus County, California, Sheriff's Department (SCSD).   Detective Cooper's undercover persona claimed to be in Turlock, California.   No age is displayed in the profile. The profile picture is a partial photograph of a female (from her neck down to her waist) wearing a t-shirt.   There are two other pictures depicting the same female – one standing with a horse and the other sitting by a swimming pool wearing a bathing suit.   The female in all three pictures is a sworn law enforcement officer who is over the age of 18, and who consented to the use of her photographs in the undercover Facebook account.

**Page  5  – Affidavit of Clinton Lindsly**

11.    The Facebook account that contacted Detective Cooper's undercover account was in **MIDDENDORP's** name and displayed several pictures of **MIDDENDORP**.[2]    Detective Casey was familiar with **MIDDENDORP's** name and appearance from a previous investigation of **MIDDENDORP** engaging in sexual conduct with a child under the age of 14, which resulted in the conviction described above.    During my review of **MIDDENDORP's** Facebook page, I observed **MIDDENDORP** had "checked-in" at several places in Portland / Tigard on February 28, 2022, with one comment reading "You made it."    Additionally, **MIDDENDORP's** Facebook account purported that he lives in "Tigard, Oregon."    On March 8, 2022, I searched the Oregon State Police's (OSP) sex offender registry website for **MIDDENDORP's** name.    I did not see that he had registered yet which would be at least nine calendar days after moving to Oregon, in violation of SORNA.[3]    Additionally, I spoke with OSP Administrative Specialist Eusebio Bermea of the Sex Offender Registration Section who confirmed that no record of **MIDDENDORP** reporting in person or by phone his new domicile status to OSP had been completed yet.    A screenshot of "check-ins" and where **MIDDENDORP** purports to "live" on his Facebook account is below:

---

[2]    The Facebook account that contacted the undercover account was identified as https://www.facebook.com/john.middendorp.5.

[3]    The Oregon State Police Sex Registration website states that they only provide public facing information on "Level 3 Sex Offenders."    Based on my assessment of **MIDDENDORP's** underlying criminal conviction and my review of available literature, I believe that **MIDDENDORP** is a "Level 3 Sex Offender" as defined by Oregon law.

**Page  6 – Affidavit of Clinton Lindsly**



12.     Additionally, according to my review of his California "Parolee Face Sheet,"

**MIDDENDORP** was assigned the highest classification number under the California Static Risk

Assessment (CSRA) with a number of "5."     According to the California Code of Regulations, a

CSRA risk number value of "5" means "High Risk Violence," which means that "the offender

has a greater risk of reoffending with a violent offense."

13.     Detective Cooper engaged in a limited online discussion with **MIDDENDORP**,

who told Detective Cooper that he lived in Tigard, Oregon.   As a result, Detective Cooper

contacted HSI SA Evans, who in turn contacted me.   **MIDDENDORP's** initial contact with

Detective Cooper's undercover account is documented under SCSD Case #S22006918.

14.     I took control of the undercover account on March 2, 2022, at approximately 7:32

p.m., and continued online conversations with **MIDDENDORP**.   I turned the undercover

account over to HSI Newark SA Isidro Cruz, who controlled it between March 3-4, 2022.   On

**Page  7  – Affidavit of Clinton Lindsly**

March 4, 2022, at approximately 11:42 p.m., I resumed control of the undercover account.

During this investigation, HSI SA Erin Herrgott engaged in several undercover video chats with

**MIDDENDORP**, during which SA Herrgott posed as the user of the undercover account.

Those video chats were audio and video recorded.   Because various agents played the role of the

online persona at different times, I will collectively refer to the agents (including myself) as "the

persona" and the persona as "she" in this affidavit.

*MIDDENDORP Attempts to Transfer Obscene Material to a Minor and Requests Sexually*
*Explicit Photographs*

15.    During various online conversations with the undercover account persona,

**MIDDENDORP** engaged in sexually explicit conversations and sent obscene material while

believing the persona of the account was a 16-year-old girl.   **MIDDENDORP** stated that he

wanted to meet the persona for the purpose of having sex and gave the persona his home address,

which is the **Subject Premises**.   During these chats, and because the persona wanted to be

"honest" about her age, the persona told **MIDDENDORP** that she was actually 15 years old.

**MIDDENDORP** then immediately stated "That's ok," "Ya I'll meet," sent his home address

(the **Subject Premises**), and stated "If you make it Tuesday morning at the apartment it'll work."

16.    The persona told **MIDDENDORP** at least five times that she was only 15 years

old.   The persona frequently referenced her "mom."   **MIDDENDORP** sent the persona pictures

of his erect penis and a video of himself naked before getting in the shower.   He first sent the

persona an image of his erect penis when he believed the persona was 16 years old, then

"unsent" the image before agents could capture and save it.   After the persona told him she was

only 15, **MIDDENDORP** sent her a video of himself naked getting in the shower, and asked the

persona to video chat and join him in the shower.   **MIDDENDORP** also told the persona to not

**Page  8 – Affidavit of Clinton Lindsly**

share the photographs or tell anybody about them.   **MIDDENDORP** appears to believe that he

is in a "relationship" with the persona, and frequently told the persona, "I love you."

17.     On at least one occasion, **MIDDENDORP** asked the persona to touch herself and

then immediately attempted to video chat with the persona.   **MIDDENDORP** attempted to

video chat approximately 30 times.   The undercover agent posing as the persona sent several

benign pictures of herself to **MIDDENDORP**.   **MIDDENDORP** told the agent that he "saved

all of them," consistent with saving them to his cell phone.

18.     **MIDDENDORP** told the persona, both by text and in video chat, that he wanted

to "rape" her.   A transcript of the chat logs (dated March 2-7, 2022) and a summary of the video

chats in chronological order are attached as EXHIBIT 1 and are fully incorporated herein.

Several excerpts follow.

<u>MIDDENDORP Attempted to Request Sexually Explicit Photos</u>

19.     **MIDDENDORP** requested sexually explicit photos from the persona, who at first

claimed to be 16, and later 15 years of age, as follows:

    a.   March 3, 2022 – **MIDDENDORP** directs the persona to take pictures of her

"pussy and ass":

| MIDDENDORP | Undercover Agent |
|---|---|
| Send some naked pics | |
| Please | |
| | What kind??? |
| **Of u being naked and ur pussy and ass** | |

    b.   March 4, 2022 – **MIDDENDORP** asked the persona to show him her

"privates" during live video chat:

**Page 9  – Affidavit of Clinton Lindsly**

| [Missed video call] – MIDDENDORP attempted to video call. | |
|---|---|
| | Morning |
| | [Video chat 16 mins] – Undercover video chatted with MIDDENDORP. The undercover asked MIDDENDORP if he knew the "mall," to which MIDDENDORP stated "Washington Square mall?" MIDDENDORP stated that he was going to try and meet up with her "there." When the undercover asked what they were going to do, MIDDENDORP stated "make love." MIDDENDORP asked the undercover what she was "wearing" and asked her if he could "see." MIDDENDORP asked what else the undercover was wearing. When the undercover asked if he would meet her at the mall, MIDDENDORP stated "maybe." When asked by the undercover if they were going to make love, MIDDENDORP stated "no" and started laughing. MIDDENDORP stated that he thought she was going to show him her "panties" today. **MIDDENDORP stated that she could show him her "privates." The undercover asked "right now?," to which MIDDENDORP stated "ya right now." When asked what private parts he wanted her to show him, MIDDENDORP stated "all of them."** MIDDENDORP asked if she ever "had sex before." MIDDENDORP then asked if anyone had "raped" her before.    MIDDENDORP then asked if she would "let him rape her." When asked if he wanted to rape her, MIDDENDORP responded by asking if she would let him. MIDDENDORP then asked several more times if she would let him rape her. When asked if he wanted to, MIDDENDORP stated "yeah." When asked if he wanted her to show him her privates, MIDDENDORP stated "forget about it." When asked if he wanted to "make love," MIDDENDORP now stated "no." MIDDENDORP again asked if she "wanted to be raped," to which the undercover stated that she didn't want to get pregnant. |

**Page  10  – Affidavit of Clinton Lindsly**

c.   March 4, 2022 – **MIDDENDORP** tells the undercover agent on live video

chat to show him her "naked body":

| MIDDENDORP | Undercover Agent |
|---|---|
| Hey | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| What u doing babe | |
| | Hey can I vid call u? |
| Ya | |
| Call me | |
| | [Video chat 18 mins] – Undercover video chatted with MIDDENDORP. MIDDENDORP stated that he had been thinking "sexually" about the undercover. When asked what he was thinking about, MIDDENDORP stated "rape." When asked if he wanted to "rape her," MIDDENDORP stated "heck yeah" and laughed. When asked if it would hurt, MIDDENDORP stated "probably" and then said, "I love you." When asked if he still wanted to see her, MIDDENDORP stated "heck yeah" but added that he wasn't sure if he was going to the mall to meet her. MIDDENDORP stated that she needed to wait for him and that eventually he would get a job, his own place, and that she could move in with him. When asked again if he wanted to meet on Sunday, MIDDENDORP stated that he would see what he could do and eventually stated that he would. The undercover told MIDDENDORP that her mom was dropping her off at 11. When asked what they were going to do, MIDDENDORP asked what was she "willing to do?" MIDDENDORP asked if she was "down." MIDDENDORP stated that he thought she was going to show him her panties today. MIDDENDORP asked if she was wearing any panties and told her to show him "what she was wearing" or what she was "not wearing." MIDDENDORP then asked several times for the undercover to show him what she was wearing. **MIDDENDORP stated "show me your boobs" and "alright get naked." MIDDENDORP told the undercover to show her "naked body."** |

**Page  11  – Affidavit of Clinton Lindsly**

| | |
|---|---|
| [MIDDENDORP sent a selfie type picture of him sticking his tongue out.] | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| I love you | |

      d.   March 5, 2022 – **MIDDENDORP** requests undercover agent to play with her

"pussy" then attempts to video call:

| MIDDENDORP | Undercover Agent |
|---|---|
| [Missed video call] – MIDDENDORP attempted to video call. | |
| | Dude my mom is right next to me |
| Hey | |
| | You call my phone goes nuts |
| | Gonna wake her up [referencing mom] |
| So play with ur self | |
| | What do you want me to do |
| **Play with ur pussy** | |
| [Missed video call] – MIDDENDORP attempted to video call | |
| Answer your phone | |

*MIDDENDORP Attempted to Send Obscene Matter to a Minor*

      20.   As discussed above and as seen in EXHIBIT 1, **MIDDENDORP** sent obscene

matter to a minor by text message, voice, and by video even after the persona told

**MIDDENDORP** several times that she was 15 years of age.   An example follows:

      a.   March 4, 2022 – **MIDDENDORP** sent a video of himself naked getting into

shower and then asked the persona to join him on video chat:

| |
|---|
| [John unsent a message] – MIDDENDORP sent a video depicting himself naked standing in front of a mirror in a bathroom. It sounds like the water is running in the shower. MIDDENDORP's penis is visible. After several seconds of standing in front of the mirror he spins the camera towards the |

**Page  12  – Affidavit of Clinton Lindsly**

| | |
|---|---|
| shower and states "I'm about to take a shower." The video is 14 seconds in length. | |
| | Oh my! Have fun! |
| I got an idea, u can watch me while I shower, I won't say anything | |
| | [blush face emoji] |
| U don't have to either | |
| So u can stay on | |
| | My mom might walk in |
| Then turn it off if she does | |
| | I would but she's in and out of my room |
| Ok then give me about 30 minutes k baby | |
| | Ok! I'll be here |



*Screenshot of Video Sent by MIDDENDORP*

**Page 13 – Affidavit of Clinton Lindsly**

*MIDDENDORP Video Chats from the Subject Premises*

21.    During at least one of the video chats, I observed **MIDDENDORP** enter and exit 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223 (**Subject Premises**).   I am familiar with the appearance of the apartment from conducting physical surveillance and taking a photograph of the apartment on March 3, 2022.   Additionally, during the video chat with **MIDDENDORP** the number "12" could be seen next to the front door consistent with apartment number 12.   I have provided a side-by-side of the photograph I took on surveillance and two still images from the video chat with **MIDDENDORP**:



*Picture of Subject Premises*

**Page 14 – Affidavit of Clinton Lindsly**



*Video Chat with MIDDENDORP*

22.      Based on my training and experience, I know that Facebook messenger is commonly accessed by a cell phone.   I also know that the photographs that were sent by **MIDDENDORP** appeared to be taken by a cell phone (i.e. a selfie-style image).   Additionally, during the video chats it appeared that **MIDDENDORP** was holding a cell phone based on the angle and mobility of the camera.   Lastly, in the video sent by **MIDDENDORP** that depicted him naked in the bathroom he was seen holding a cell phone.

23.      The **Subject Premises** is an apartment or duplex located at 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223.   It is a wood two-story residence painted blue, with a black roof, faces north, and is located on the south side of SW Greenburg Road.   The number "12" is on the west side of the front door in black lettering.

**Page  15  – Affidavit of Clinton Lindsly**

**Search and Seizure of Digital Data**

24.     This application seeks permission to search for and seize evidence of the crimes described above, including evidence of how digital devices were used, the purpose of their use, and who used them.

25.     Based upon my training and experience, and information related to me by agents and others involved in the forensic examination of computers and digital devices, I know that data in digital form can be stored on a variety of systems and storage devices, including laptop computers, tablets, mobile devices, hard disk drives, floppy disks, compact disks, magnetic tapes, flash drives, and memory chips.   Some of these devices can be smaller than a thumbnail and can take several forms, including thumb drives, secure digital media in phones and cameras, personal music devices, and similar items.

**Removal of Data Storage Devices**

26.     I know that a forensic image is an exact physical copy of a data storage device. A forensic image captures all data on the subject media without viewing or changing the data in any way.   Absent unusual circumstances, it is essential that a forensic image be obtained prior to conducting any search of data for information subject to seizure pursuant to the warrant.   I also know that during a search of premises it is not always possible to create a forensic image of or search digital devices or media for data for several reasons, including the following:

a.     Searching digital devices can be a highly technical process that requires specific expertise and specialized equipment.   Because there are so many different types of digital devices and software in use today, it is difficult to anticipate all the necessary technical

**Page  16  – Affidavit of Clinton Lindsly**

manuals, specialized equipment, and specific expertise necessary to conduct a thorough search of the media to ensure that the data will be preserved and evaluated in a useful manner.

b.      Searching digital devices can require the use of precise, scientific procedures designed to maintain the integrity of the evidence and to recover latent data not readily apparent to the casual user.   The recovery of such data may require the use of special software and procedures, such as those used in a law enforcement laboratory.

c.      The volume of data stored on many digital devices is typically so large that it is generally impractical to search for data during the execution of a physical search of premises.   Storage devices capable of storing 500 gigabytes to several terabytes of data are now commonplace in computers.   It can take several hours, or even days, to image a single hard drive.   The larger the drive, the longer it takes.   Depending upon the number and size of the devices, the length of time that agents must remain onsite to image and examine digital devices can become impractical.

### Laboratory Setting May Be Essential for Complete and Accurate Analysis of Data

27.      Since digital data may be vulnerable to inadvertent modification or destruction, a controlled environment, such as a law enforcement laboratory, may be essential to conduct a complete and accurate analysis of the digital devices from which the data will be extracted. Software used in a laboratory setting can often reveal the true nature of data.   Therefore, a computer forensic reviewer needs a substantial amount of time to extract and sort through data that is concealed or encrypted to determine whether it is evidence, contraband, or an instrumentality of a crime.

**Page  17  – Affidavit of Clinton Lindsly**

28.     Analyzing the contents of a computer or other electronic storage device, even without significant technical difficulties, can be very challenging, and a variety of search and analytical methods must be used.   For example, searching by keywords, which is a limited text-based search, often yields thousands of hits, each of which must be reviewed in its context by the examiner to determine whether the data is within the scope of the warrant.   Merely finding a relevant hit does not end the review process.   The computer may have stored information about the data at issue that may not be searchable text, such as who created it; when and how it was created, downloaded, or copied; when it was last accessed; when it was last modified; when it was last printed; and when it was deleted.   The relevance of this kind of data is often contextual. Furthermore, many common email, database, and spreadsheet applications do not store data as searchable text, thereby necessitating additional search procedures.   To determine who created, modified, copied, downloaded, transferred, communicated about, deleted, or printed data requires a search of events that occurred on the computer in the time periods surrounding activity regarding the relevant data.   Information about which users logged in, whether users shared passwords, whether a computer was connected to other computers or networks, and whether the users accessed or used other programs or services during the relevant time period, can help determine who was sitting at the keyboard.

29.     *Latent Data*:   Searching digital devices can require the use of precise scientific procedures designed to maintain the integrity of the evidence and to recover latent data.   The recovery of such data may require the use of special software and procedures.   Data that represents electronic files or remnants of such files can be recovered months or even years after it has been downloaded onto a hard drive, deleted, or viewed via the Internet.   Even when such

**Page  18 – Affidavit of Clinton Lindsly**

files have been deleted, they can be recovered months or years later using readily available forensic tools.   Normally, when a person deletes a file on a computer, the data contained in the file does not actually disappear; rather, that data remains on the hard drive until it is overwritten by new data.   Therefore, deleted files, or remnants of deleted files, may reside in space on the hard drive or other storage media that is not allocated to an active file.   In addition, a computer's operating system may keep a record of deleted data in a swap or recovery file or in a program specifically designed to restore the computer's settings in the event of a system failure.

30.    *Contextual Data*:

a.    In some instances, the computer "writes" to storage media without the specific knowledge or permission of the user.   Generally, data or files that have been received via the Internet are automatically downloaded into a temporary Internet directory or cache.   The browser typically maintains a fixed amount of hard drive space devoted to such data or files, and the files are only overwritten as they are replaced with more recently viewed Internet pages. Thus, the ability to retrieve artifacts of electronic activity from a hard drive depends less on when the file was downloaded or viewed than on a particular user's operating system, storage capacity, and computer usage.   Logs of access to websites, file management/transfer programs, firewall permissions, and other data assist the examiner and investigators in creating a "picture" of what the computer was doing and how it was being used during the relevant time in question. Given the interrelationships of the data to various parts of the computer's operation, this information cannot be easily segregated.

b.    Digital data on the hard drive that is not currently associated with any file may reveal evidence of a file that was once on the hard drive but has since been deleted or

**Page  19  – Affidavit of Clinton Lindsly**

edited, or it could reveal a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).   Virtual memory paging systems can leave digital data on the hard drive that show what tasks and processes on the computer were recently used.   Web browsers, email programs, and chat programs store configuration data on the hard drive that can reveal information such as online nicknames and passwords.   Operating systems can record additional data, such as the attachment of peripherals, the attachment of USB flash storage devices, and times the computer was in use.   Computer file systems can record data about the dates files were created and the sequence in which they were created.   This data can be evidence of a crime, can indicate the identity of the user of the digital device, or can point toward the existence of evidence in other locations.   Such data may also lead to exculpatory evidence.

        c.      Further, evidence of how a digital device has been used, what it has been used for, and who has used it, may be learned from the absence of particular data on a digital device.   Specifically, the lack of computer security software, virus protection, malicious software, evidence of remote control by another computer system, or other programs or software, may assist in identifying the user indirectly and may provide evidence excluding other causes for the presence or absence of the items sought by this application.   Additionally, since computer drives may store artifacts from the installation of software that is no longer active, evidence of the historical presence of the kind of software and data described may have special significance in establishing timelines of usage, confirming the identification of certain users, establishing a point of reference for usage and, in some cases, assisting in the identification of certain users. This data can be evidence of a crime, can indicate the identity of the user of the digital device, or can point toward the existence of evidence in other locations.   Such data may also lead to

**Page  20  – Affidavit of Clinton Lindsly**

exculpatory evidence.   Evidence of the absence of particular data on the drive is not generally capable of being segregated from the rest of the data on the drive.

## Search Procedure

31.    In searching for data capable of being read, stored, or interpreted by a computer or storage device, law enforcement personnel executing the search warrants will employ the following procedure:

a.    *On site search, if practicable.*   Law enforcement officers trained in computer forensics (hereafter, "computer personnel"), if present, may be able to determine if digital devices can be searched on site in a reasonable amount of time and without jeopardizing the ability to preserve data on the devices.   Any device searched on site will be seized only if it contains data falling within the list of items to be seized as set forth in the warrants and in Attachment B.

b.    *On site imaging, if practicable.*   If a digital device cannot be searched on site as described above, the computer personnel, if present, will determine whether the device can be imaged on site in a reasonable amount of time without jeopardizing the ability to preserve the data.

c.    *Seizure of digital devices for off-site imaging and search.*   If no computer personnel are present at the execution of the search warrant, or if they determine that a digital device cannot be searched or imaged on site in a reasonable amount of time and without jeopardizing the ability to preserve data, the digital device will be seized and transported to an appropriate law enforcement laboratory for review.

**Page  21  – Affidavit of Clinton Lindsly**

d.      Law enforcement personnel will examine the digital device to extract and seize any data that falls within the list of items to be seized as set forth in the warrant and in Attachment B.   To the extent they discover data that falls outside the scope of the warrant that they believe should be seized (e.g., contraband or evidence of other crimes), they will seek an additional warrant.

e.      Law enforcement personnel will use procedures designed to identify items to be seized under the warrant.   These procedures may include the use of a "hash value" library to exclude normal operating system files that do not need to be searched.   In addition, law enforcement personnel may search for and attempt to recover deleted, hidden, or encrypted data to determine whether the data falls within the list of items to be seized under the warrant.

f.      If the digital device was seized or imaged, law enforcement personnel will perform an initial search of the original digital device or image within a reasonable amount of time not to exceed 120 days from the date the warrant is executed.   If, after conducting the initial search, law enforcement personnel determine that an original digital device contains any data falling within the list of items to be seized pursuant to the warrant, the government will retain the original digital device to, among other things, litigate the admissibility/authenticity of the seized items at trial, ensure the integrity of the copies, ensure the adequacy of chain of custody, and resolve any issues regarding contamination of the evidence.   If the government needs additional time to determine whether an original digital device or image contains any data falling within the list of items to be seized pursuant to this warrant, it may seek an extension from the Court within the original 120-day period from the date the warrant is executed.   The government shall complete the search of the digital device or image within 180 days of the date

**Page  22  – Affidavit of Clinton Lindsly**

the warrant is executed.   If the government needs additional time to complete the search, it may seek an extension of time from the Court.

g.      If, at the conclusion of the search, law enforcement personnel determine that specific files or file folders on an original digital device or image do not contain any data that fall within the list of items to be seized pursuant to the warrant, they will not search or examine those files or folders further without authorization from the Court.   Law enforcement personnel may continue to examine files or data falling within the list of items to be seized pursuant to the warrant, as well as data within the operating system, file system, or software application relating or pertaining to files or data falling within the list of items to be seized pursuant to the warrant (such as log files, registry data, and the like), through the conclusion of the case.

h.      If an original digital device does not contain any data falling within the list of items to be seized pursuant to this warrant, the government will return that original data device to its owner within a reasonable period following the search of that original data device and will seal any image of the device, absent further authorization from the Court.

### Items to Be Seized

32.      To search for data that is capable of being read or interpreted by a computer, law enforcement personnel will need to seize, image, copy, and/or search the following items, subject to the procedures set forth herein:

a.      Any computer equipment or digital devices that are capable of being used to commit or further the crimes outlined above, or to create, access, or store the types of contraband and evidence, fruits, or instrumentalities of such crimes, as set forth in Attachment B;

**Page  23  – Affidavit of Clinton Lindsly**

b.        Any computer equipment or digital devices used to facilitate the transmission, creation, display, encoding, or storage of data that are capable of being used to commit or further the crimes outlined above, or to create, access, process, or store the types of contraband and evidence, fruits, or instrumentalities of such crimes, as set forth in Attachment B;

c.        Any magnetic, electronic, or optical storage device capable of storing data, such as thumb drives and other USB data storage devices, floppy disks, hard disks, tapes, CD ROMs, CD-Rs, CD-RWs, DVDs, optical disks, printer or memory buffers, smart cards, PC cards, memory calculators, electronic dialers, electronic notebooks, personal digital assistants, iPods, and cell phones capable of being used to commit or further the crimes outlined above, or to create, access, or store the types of contraband and evidence, fruits, or instrumentalities of such crimes, as set forth in Attachment B;

d.        Any documentation, operating logs, and reference manuals regarding the operation of the computer equipment, storage devices, or software;

e.        Any applications, utility programs, compilers, interpreters, and other software used to facilitate direct or indirect communication with the computer hardware, storage devices, or data to be searched;

f.        Any physical keys, encryption devices, dongles, or similar physical items which are necessary to gain access to the computer equipment, storage devices, or data;

g.        Any passwords, password files, test keys, encryption codes, or other information necessary to access the computer equipment, storage devices, or data; and

h.        All records, documents, programs, applications, or materials created, modified, or stored in any form, including in digital form, on any computer or digital device, that

**Page  24 – Affidavit of Clinton Lindsly**

show the actual user(s) of the computers or digital devices during any time period in which the device was used to upload, download, store, receive, possess, or view child pornography, including the web browser's history; temporary Internet files; cookies, bookmarked or favorite web pages; email addresses used from the computer; MAC IDs and/or Internet Protocol addresses used by the computer; email, internet relay chat, instant messages, and other electronic communications; address books; contact lists; records of social networking and online service usage; usernames or screen names; and software that would allow others to control the digital device such as viruses, Trojan horses, and other forms of malicious software.

## Retention of Image

33.     The government will retain a forensic image of each electronic storage device subjected to analysis for a number of reasons, including proving the authenticity of evidence to be used at trial; responding to questions regarding the corruption of data; establishing the chain of custody of data; refuting claims of fabricating, tampering with, or destroying data; and addressing potential exculpatory evidence claims where, for example, a defendant claims that the government avoided its obligations by destroying data or returning it to a third party.

## Inventory and Return

34.     With respect to the seizure of electronic storage media or the seizure or imaging of electronically stored information, the search warrant return to the Court will describe the physical storage devices or media that were seized or imaged.

35.     The government has made no prior effort in any judicial forum to obtain the materials sought in this requested warrant.

**Page  25 – Affidavit of Clinton Lindsly**

## Conclusion

56.      Based on the foregoing, I have probable cause to believe that **John MIDDENDORP** committed the **Target Offenses** and that evidence, fruits, and instrumentalities of those violations will be located on his person, including any cell phone on his person, and at the **Subject Premises** as described above and in Attachment A.   I therefore respectfully request that the Court issue a warrant authorizing searches of **MIDDENDORP's** person, including any cell phone on his person, and the **Subject Premises** as described in Attachment A, for the items listed in Attachment B, and authorizing the examination and seizure of any such items found.

57.      Prior to being submitted to the Court, this affidavit, the accompanying application, and the requested search warrant were all reviewed by Assistant United States Attorney (AUSA) Gary Sussman.   AUSA Sussman advised me that in his opinion, the affidavit and application are legally and factually sufficient to establish probable cause to support the issuance of the requested warrant.

*By telephone*
_____
CLINTON LINDSLY
Special Agent
Homeland Security Investigations

Sworn to telephonically pursuant to Fed. R. Crim. P. 4.1 at _____7:53_____ am/pm on March ___8___ 2022.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge

**Page  26  – Affidavit of Clinton Lindsly**

# EXHIBIT 1

| MIDDENDORP | Undercovers |
|---|---|
| Good morning! | |
| Hey | |
| | Im 16 ya cool wit that |
| Lol really | |
| | Ya |
| | Just being 4real |
| Let me guess, ur a Virgin too | |
| | Noooo |
| Why | |
| [Missed video call] – MIDDENDORP attempted to video call the undercover | |
| | I don't face time fooo |
| | I don't know you |
| What ever | |
| Ur mean | |
| | Im not mean I just donknou |
| Want to | |
| | How old r u |
| I'm 32 | |
| | Your not too old and im guessing tour not a virgin |
| No lol | |
| | Well ive only done it once |
| | What high school did you go tooooooo |
| 3, I went to Oak Dale high | |
| What about you | |
| | Patton |
| U still going | |
| | Lol |
| | Ya im in swim and water polo |
| Nice | |
| R u any good | |
| | No but it is fun |
| | I like to swim [water emoji, water emoji] |
| U like to get wet lol | |
| | I do but most don't |
| | I have to wear a stupi 1 pc suit |
| What's it look like | |
| | Its red and covers my tummy |
| | Gotta go mom just pulled up |
| | Can we talk tomorrow'[ |

**Page 1 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Ya | |
| Bye beautiful | |
| | [smiley emoji] |
| | Is ur prolfe 4 real |
| Ya | |
| | You live in oregon |
| Ya | |
| | That's far rom oakdale lol |
| Ya | |
| | Ok I gotta go 4 realz but hit me up later |
| U hit me up | |
| Anytime | |
| My cell is 971-707-6413 | |
| Text or call | |
| | Hii |
| Hi sexy | |
| | Wow u fast tht how u r huh |
| Fast with my dick too lol | |
| | Oh wow chill out ha |
| | My parents near me |
| | Game night [eye roll emoji] |
| Oh | |
| Nice | |
| U having fun | |
| | Monopoly sum old person game made by a accountant |
| Lol | |
| | No. It's soooooo lane |
| | Lame |
| | Frfr |
| Lamo | |
| U gonna b up around 10 too | |
| | Ya y? |
| | I talked 2 my gfs but messaging u |
| | They told me it's kind of dirty how old u r but said I shuild do it |
| Want to video chat | |
| Oh how did that go | |
| Lol em I old | |
| | Well like twice my age |
| | Not old to u? hehe |
| | Im losing horribly at this stupid game. Im sum lame ass boot |
| Lol freak | |

**Page 2 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Did u say ass lol | |
| | Ya I'm young but I know words ass |
| | U on snap? |
| NO | |
| | You have a gf? Who that grl in ur pic |
| No she is in empire I'm in Tigard | |
| | Has nice eye brows [laughing emoji] |
| Huh | |
| Want to be my gf | |
| | Easy speedy |
| Fine | |
| | I got lots of bfs. Why u so special |
| | I have a Q for u |
| N what's that | |
| | Why u message me |
| | I don't kno u |
| | Fate? |
| Ya | |
| | Don't lie to me |
| | H8 liars. My real dad was a liar |
| U want to get to know me | |
| | Im curious |
| | It's your eyes |
| [MIDDENDORP sends a selfie type image of his face] | |
| Em I sexy | |
| | Mayyyyybbbeee |
| | I like the scruff |
| | U never answered my Q |
| N what's that | |
| | Why me |
| Why not | |
| | Cum on |
| OK give me a sec | |
| Umm | |
| To get to know you and b good friends | |
| How about that | |
| | That's cool |
| But also more | |
| | I'm sure u could teach ne a few things |
| | More? |
| Heck yeah | |
| | U any good at water p? |
| | [laughing emoji] |

**Page 3 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Lol water p? | |
| | Dude u already forget I'm a dolphin |
| | Water polo |
| Ya | |
| I'm good at swimming | |
| | Breast stroke? |
| Ya | |
| With you | |
| | Dirty bird |
| If u know what I mean | |
| | Back stroke? |
| Lol | |
| U like back strokes babe | |
| | Im best st free style |
| I can free you sexy | |
| | ? |
| | You speak in rhymes foooo |
| Huh | |
| | Free style is a type of swim |
| | Also called the crawl |
| | What u into? This stupid game finally ova |
| Have you been waiting for it to be over | |
| | Just distracted so kinda |
| With my dick | |
| | Well hwo can that be im way down here for now |
| | If I disappear it's cause my mom is around |
| Ok | |
| | She doesn't know my passcode [laughing emoji] |
| Cool | |
| So when will you be alone tonight | |
| | My little brother has a friend over. He's soooo annoying |
| How | |
| | Keeps opening my door |
| Oh | |
| | I have swim soooo early tnrw |
| What time baby | |
| | 6 |
| | So u live in Oregon or what |
| Ya | |
| | My grand parents r in Longview |
| | Wa |
| Is Longview in Oregon | |
| | Washington |

**Page 4 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Oh | |
| | It's near Portland |
| | I think |
| | So what U do up there |
| I just moved in with my dad to get a job | |
| | Ya my parents haven't made me yet. So glad |
| | Want me to focus on swim and grades |
| That's good | |
| I want to video chat with you | |
| | Don't be creepy. I'm really shy |
| What I like being creepy | |
| | Me too when im in the mood |
| | Not when I have screaming 13 year olds out my door |
| Lol | |
| I'll wait to later then | |
| | Annnnd I'm supposed to be studying |
| | So I'm being bad talking to u instead |
| | Why u move in with ur dad |
| Well study then and when ur alone call me | |
| [Missed video call] – MIDDENDORP attempted to video call the undercover | |
| | If u gonna be blowing me up we can't be friends |
| | U gonna get me in trouble |
| | And lose my phone |
| | So we be friends or no? |
| Ya ok | |
| | I want to give u my number but can't have you getting me in trouble |
| I'm a smoke a cigarette | |
| Ok | |
| | I like chatting with u. Make me feel pretty |
| Ya suck my pp lol | |
| | Down boy |
| Joking babe | |
| | Ok thx. Pushy makes me uncomfortable |
| | Can u be cool? |
| Ya | |
| | Thx babe |
| | U never answered my Q |
| What | |
| | Why u move in with ur dad |
| | Where u go |
| To smoke sorry baby | |

**Page 5 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | I vape sometimes |
| | Makes me buzzed |
| Hey want to see some pics | |
| | Sure |
| There of me being naked | |
| | How naked |
| Well u r 16 | |
| | So |
| | Better be sexy |
| | Might make me more distracted [water emoji] |
| [MIDDENDORP sent a selfie style picture depicting a male from the neck down in front of a bathroom vanity. The bathroom vanity had a melamine back splash and almost looked like it was in a trailer or really old apartment. The bathroom had one sink. The male was wearing a black shirt and had a pair of black pants pulled down. The male had an erect penis almost laid out on top of the bathroom vanity. The male had a hair stomach area and was uncircumcised. This image was unsent by MIDDENDORP before I could document the image.] | |
| | Oh my. Def not a Highschool dix |
| It's 11 | |
| | Oh man |
| That's why I want to video chat | |
| | Not gonna lie. Might hurt me ha. I'm so small |
| Hopefully lol | |
| | Well I don't want to get hurt silly |
| | U never answered my Q |
| | Thank u for sharing. Good pic for later [smiley face emoji] |
| What's for later | |
| | Shyla time [water emoji] |
| | A girl has needs |
| U gonna play with ur self | |
| | Maybeeeee |
| | If these damn kids go away. But I have to swim early |
| | Why u move in with dad? |
| To get my life together | |
| | Ya really nervous about getting older |
| A little | |
| Why | |

**Page 6 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | I have anxiety |
| --- | --- |
| | And don't think I'm very pretty. My dad used to be really mean to me |
| | Talk tnrw? I gotta get in bed babe |
| Don't show anybody that pic ok | |
| | What pic [smiley face emoji] |
| | Can I show my girlfriends? |
| No | |
| | Fine. Our dirty little secret |
| Ok | |
| Love you babe | |
| Talk to me whenever | |
| | Thank you for listening |
| | Makes me hot [heart emoji] |
| No problem | |
| What | |
| Send some pics of your self | |
| Hey | |
| | Hey |
| Hey what u doing | |
| | Sorry brushing teeth |
| Sucking my dick what lol | |
| | My tooth brush to small [smiley face emoji] |
| Lol freak | |
| | Thought ud like that |
| Do you like me to keep me out of trouble | |
| I'm only thing is ur 16 | |
| | Yes babe |
| Ok I love you babe | |
| | Night long john |
| Want to video chat | |
| | Can't kids here dude |
| Dang | |
| | Night long John. U like ur new pet name? |
| So when em I going to talk to you again | |
| | I'll message u in morning before swim |
| | Then I have class but I'll sneak away |
| And then video chat lol | |
| | [heart eyes smiley face emoji] |
| Ok sweet | |
| Good night sexy | |
| | Night long john |
| | Not fair |
| | You took my eye candy for fun time |

**Page 7 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Huh | |
| | I scrolled up to….and ur pic is gone |
| I'll show you tomorrow when we video chat | |
| | I don't like a daddy that takes but ok |
| I'm ur daddy now | |
| | Night John |
| Good night n sleep well | |
| Hey | |
| | [Cry face / mad face emojis] |
| What is it babe | |
| | Hey. Fml!!! |
| | Im so mad right now |
| Why baby | |
| | Dude my frekin grandpa is sick |
| Sorry to hear | |
| How bad | |
| | Me too I got to go with my mom to be with him!!! I have a sm to do! I can't miss it. Not fair dude |
| | Thx 4 caring |
| No worries | |
| | Yeh don't wanna go 2 longview dude. So boring there |
| I love you | |
| | Aww |
| | I kinda need to hear that lol |
| | Im so pissed |
| Wish I could hold you | |
| | Aww ty |
| Like a creep lol | |
| | Creepy af lol! |
| I want to hold ur boobs | |
| | They not big lol |
| So I can | |
| Lol | |
| | Um. Lol |
| | I got go to Washington now to see my gramps. |
| Hope it's more vacation | |
| | Nope. I don't like that area. Boring af |
| | And I gotta drive wit my mom |
| Dang | |
| | Yeh dude |
| Animal take a cigarette break | |
| | I gotta miss my meet |

**Page 8 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | I don't know what to do there. Sooooooo boring |
| I mean I am not a animal lol | |
| This voice thing | |
| | What kind of animal do you want to be? |
| I'll be a lion n you be my lioness | |
| So I can hump u | |
| | Lmao! Duh. Im literally packing right now in my room. What u doing? |
| | You will prollly dump me |
| Dump u with my dick | |
| | Argh |
| Can I call you | |
| | [Undercover agent sent a picture depicting herself standing with a suitcase.] |
| | Packing now |
| Is that u | |
| | Yep |
| Ur hot | |
| | Aww ty |
| Can I get a face shot | |
| | [Undercover agent sent a picture depicting her face and holding a suitcase.] |
| | Blah |
| You look different than your Facebook profile | |
| | That not me in the pro dude |
| Oh why | |
| | I don't like how I look [laughing emoji] |
| | [Thumbs up emoji] |
| | That how I wanna look lol |
| | Sorry if I disappointed u |
| U didn't | |
| I would still fuck u | |
| | Lol! How? |
| | U wanna??? U wanna do the chick in the profile dude |
| In ur nose | |
| | Is there any other way? |
| Ya lol ur mean | |
| Nope | |
| | Yay! |
| | I gotta be in the car with my mom to go see my grandpa for like hours |
| [Missed video call 1:26 PM] – MIDDENDORP attempted to video call. | |

**Page 9 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| Yay | |
| I'll be back | |
| | Am I boring?! |
| | Lol |
| | Where u going??? |
| I'm a smoke a cigarette babe | |
| So suck my dick | |
| | Sounds fun [smile face emoji] |
| | U don't even mean that dude |
| I do mean it | |
| | Hmmm |
| For real | |
| Suck it | |
| | Im gonna be in Washington dude? You mean the cigarette? |
| Oh ya | |
| I mean it | |
| I like u | |
| Your personality too | |
| Show me ur boobs | |
| | Lol! No dude |
| | Ur gonna sell them to someone |
| I'll keep em | |
| | Keep my boobs? |
| | How? |
| In my mouth babe | |
| | Lol! Omg |
| | Did u smoke? |
| U would like that too much | |
| Not yet | |
| | Smoking??? |
| Because of u | |
| | Never did |
| | How fa arer u from my gramps town????? |
| | I didn't make u smoke dude |
| | Mean |
| I'm back for dick | |
| I mean for you lol | |
| Want more pics | |
| | Idc |
| What's idc | |
| | Boomer |
| | Idc is I don't care |
| | Lol |

**Page  10  – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| [John unsent a message] – MIDDENDORP sent a picture depicting a male with an erect penis. | |
| | Omg. Nice house! Lol |
| U like the house | |
| | Dude how far r u from my gramps??? |
| | U didn't say it |
| | And yeah |
| Why want "cum" see me | |
| | I gonna be bored af there. Sure |
| Well I live in Tigard oregon | |
| Look it up babe | |
| | My gramps is in longview Washington |
| | Look it up [smile emoji] |
| U! | |
| | Ok ok |
| [Missed audio call 1:53 PM] MIDDENDORP attempted to call. | |
| Hey I want to see u beautiful | |
| | Its 1 hour away dude it says |
| | Ill be there this weekend dude |
| How I got no car | |
| | Idk. I don't either |
| U want to fuck | |
| | I can't drive dude! |
| | Well u don't have a car |
| | Okay but I wanna be honest with u. okay??? don't be mad. |
| What | |
| | Im 15 yo dude |
| | Is that okay????? |
| That's ok | |
| | Aww. I didn't want u to get mad |
| Thought you were 16 | |
| | Yeah im not. I get if you don't wanna talk to me |
| | If u really wanna meet then I want 2 be honest |
| Ya I'll meet | |
| | Ok! But ur a hour from my gramps dude |
| If you make it Tuesday morning at the apartment it'll work | |
| | Huh? Dude I don't know how 2 get there. I don't drive |
| Google it n I'll give you the address | |
| | Google what? |
| The address babe | |

**Page 11 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | I don't know the address dude |
|---|---|
| | Ur address? |
| Hold on | |
| | Ok |
| It's 11575 SW Greenburg rd. Apt 12 Tigard Oregon 97223 | |
| Look it up now | |
| | Omg ok |
| | Brb |
| Huh | |
| | Ur an hour away dude |
| | From my gramps |
| Yay | |
| U think u can make it | |
| I'll be waiting all alone | |
| | Im going to longview but don't know how to get to you |
| | How do I get to you??? |
| By bus | |
| | Huh??? I don't have money dude |
| Well find a way here babe | |
| | I cant |
| | Sorry |
| | U gotta come to me |
| No u come to me | |
| | How? What u wanna do anyway if I get there. [frown face emoji] |
| Try and figure it out to see if you can get here | |
| | Maybe 4 get it. Im 15 dude! Lol |
| And have sex | |
| | Okay |
| | But I can't get there |
| Get maps lol | |
| | It's a week walk. |
| Lol | |
| | Okay so if u don't wanna that's ok |
| I do but I can't either | |
| | Ok |
| | Up 2 u dude |
| I don't mind waiting n I'll be all alone | |
| | 2 weeks! Lol |
| Anywhere from 7 in the morning to 3 in the afternoon | |
| 2 weeks what | |

**Page 12 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | Walking. So what do u wanna do dude. I can't get to you. I don't know how |
| R u going to walk all the way here lol | |
| U don't have to babe | |
| | Ok |
| U have to send naked pics tho | |
| | Omg why??? |
| Because I said | |
| | Lol |
| Mean | |
| I'm smoke a cigarette k babe | |
| | [Undercover sent selfie picture of herself.] |
| Do you want to go out with me | |
| | Yay! What u wanna do wit me? |
| Kiss you | |
| | Ok |
| Is Washington Oregon? | |
| | Huh? |
| U said ur grandpa is in Washington, so is that in oregon aswell | |
| | My gramps is in Washington |
| Huh ok | |
| Well I got to clean the house | |
| Give me an hour k baby | |
| [Missed video call 2:57 PM] – MIDDENDORP attempted to video call. | |
| Send some naked pics | |
| Please | |
| | What kind??? |
| Of u being naked and ur pussy and ass | |
| | Can I just send reg pics? I don't wanna right now. |
| What regs | |
| | Huh? Regular I mean |
| Ok send some | |
| Like 10 | |
| | [Undercover sent a selfie picture of herself.] |
| Nice | |
| Keep it coming | |
| | Aww thx |
| Welcome | |
| | [Undercover sent a selfie picture of herself.] |
| How tall r u | |
| | 5.5. u? |
| 5.11 | |

**Page 13 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | Oh tall |
| Can I see ur legs | |
| | R u gonna ask 4 pics all day??? Lol |
| Ya lol | |
| I think ur beautiful | |
| N if u were to come here I'll have sex with u then sleep on top of u like a baby | |
| | Aww ty! |
| | Okay! Lol |
| | I don't know how to get there. |
| I gave you the address | |
| | My gramps is going to a hospital on Sunday so maybe my mom can drop me off some where |
| That might not work | |
| | Hold up im gonna ask my mom which hospital he's going to |
| Ok | |
| | St. Vincent hospital |
| Oh ok | |
| Now let's see some legs | |
| [smile face emoji] | |
| | She said there a mall she can drop me off at so im not bored lol |
| Nice | |
| | Yeah she say there is a mall there the hospital |
| | She gonna drop me at Washington square mall bf she takes gramps to the hospital |
| So u gonna sneak off | |
| | I gonna be at the mall she gonna drop me off there |
| Ok | |
| So u gonna stay my girl until ur 18 or more so when u or I get a car we can see each other | |
| | Yep |
| Sweet | |
| So it is fate | |
| Can I get some more pics of you | |
| | When im 18 |
| Ur mean | |
| | Yep |
| I wanna suck ur pussy | |
| | Well guess u gotta wait 3 years [smiley face emoji] |
| That means no men for you | |

**Page 14 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | You said in 3 years |
|---|---|
| Well u could see me now | |
| Or anytime | |
| But I want to keep you | |
| Can i | |
| | Im in LA now. I'll be in Washington Sunday |
| Can I keep you for as long as I want | |
| | Yeah def. when? |
| Until we r old lol | |
| | Marry? |
| Maybe | |
| | Dude im 15 lol! |
| And you have a tight pussy | |
| | How do you know???? |
| | Lol |
| Have u felt it | |
| | Felt what? |
| Ur own pussy | |
| | Well I shower silly |
| N u play with it | |
| | Um I don't know lol. Maybe |
| | Why? |
| That's my job babe | |
| | LOL! Ur hired! Lol |
| | I boy never did that to me. No lie |
| You are a virgin huh | |
| | Yeah is that bad? |
| Well stay that way for me | |
| Okay | |
| | Save it 4 you when I'm 18? |
| Or whenever | |
| Stay my girl | |
| | Okay when ever u want |
| U promise | |
| | Of course! |
| | Yes promise |
| On soul lol | |
| I mean on ur soul | |
| [smiley face emoji] | |
| | On my soul |
| I love u shyla | |
| [Missed audio call 4:06 PM] – MIDDENDORP attempted to call. | |
| | Aww. Wanna vid chat? |

**Page 15 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| [Missed video call 4:10 PM] – MIDDENDORP attempted to video call. | |
| | Wait my mom is a pain |
| Fine | |
| | Hey can I vid you now??? |
| [Video chat 10 mins} – MIDDENDORP and the undercover communicate via video chat. MIDDENDORP stated that the apartment he was at was "[my] place" and spun the camera around. MIDDENDORP then walked upstairs and showed the undercover agent some cats. MIDDENDORP stated that the upstairs bedroom was his dad's room. MIDDENDORP stated that he wanted to kiss the undercover. MIDDENDORP told the undercover that he "wanted to see her body." MIDDENDORP then stated that he was going to smoke a cigarette. MIDDENDORP exited the front door of what appeared to be an apartment. MIDDENDORP turned the camera to a selfie view and I observed the number "12" next to the front door. MIDDENDORP stated that he wanted to "snuggle" with the undercover. MIDDENDORP then reversed the camera and showed the undercover the view facing away from his front door. I recognized the area as MIDDENDORP's apartment located at 11575 SW Greenburg Road Apt. 12, Tigard, OR 97223 (**Subject Premises**). | |
| Did you get in trouble lol | |
| | Nah she just wants me to pack lol |
| Pack babe | |
| | Yeah. Ill be in ur area Sunday. |
| Ok | |
| U looked good | |
| I liked ur voice | |
| | Aww thx. U too! Love the kitties |
| Ya | |
| They lazy | |
| Can I watch u pack | |
| [Missed video call 4:52 PM] – MIDDENDORP attempted to video call. | |
| Please | |
| I want to know what you are wearing | |
| [Missed video call 4:56 PM] – MIDDENDORP attempted to video call. | |

**Page 16 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | Clothes [smiley face emoji] |
|---|---|
| [Missed video call 4:59 PM] – MIDDENDORP attempted to video call. | |
| Missed video call 4:59 PM] – MIDDENDORP attempted to video call. | |
| Can I see | |
| Send some pics of your panties [ smiley face emoji] | |
| | Ok hold up dude |
| Fine | |
| | I'll hit u up in a few seconds |
| | Now? |
| | [Video chat 6 mins] – MIDDENDORP and the undercover video chat. MIDDENDORP told the undercover that she had a beautiful smile. MIDDENDORP asked the undercover what kind of "panties" did she pack. MIDDENDORP asked the undercover what she was "wearing." MIDDENDORP asked if the undercover wanted to lay down with him and stated that it would be better if they were together. |
| | Hey sorry. My moms a pain in the butt! Lol |
| Did you say butt | |
| | Lol yeah |
| | Ur so shy in vid |
| U like it babe | |
| | Like what? |
| Me | |
| | Definitely! |
| | You? |
| Yup | |
| | Yay |
| | U aren't talking a lot? |
| | U okay? |
| [John unsent a message] – MIDDENDORP sent a video depicting himself naked standing in front of a mirror in a bathroom. It sounds like the water is running in the shower. MIDDENDORP's penis is visible. After several seconds of standing in front of the mirror he spins the camera towards the shower and states "I'm about to take a shower." The video is 14 seconds in length. | |
| | Oh my! Have fun! |

**Page 17 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| I got an idea, u can watch me while I shower, I won't say anything | |
| | [blush face emoji] |
| U don't have to either | |
| So u can stay on | |
| | My mom might walk in |
| Then turn it off if she does | |
| | I would but she's in and out of my room |
| Ok then give me about 30 minutes k baby | |
| | Ok! I'll be here |
| | [smiley face emoji] |
| [John unsent a message] – MIDDENDORP sent a selfie style picture of himself. | |
| I love you | |
| | Awww |
| | Showered up? |
| Ya | |
| | Yay! |
| | Can I ask u a question??? |
| Shoot | |
| | Lol! Thx. Do u mind that im 15? |
| No | |
| I can always wait for you | |
| | Okay 3 years |
| 3 long years | |
| [sad face emoji] | |
| | Yep. Talk to you in 3 years |
| Lol don't b mean | |
| | I'm never mean. Boo! |
| Hey that's my nick name | |
| Boo Boo | |
| | Really? |
| Ya | |
| | Why? |
| Used to hurt as a kid so my dad called me boo boo | |
| I mean get hurt lol | |
| What u doing babe | |
| | Hey |
| Hey sexy | |
| Hey did u save my dick pic | |
| | Awww u think I'm sexy? |
| No | |
| | Hey!!! |

**Page 18 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| [glasses smiley face emoji] | |
| | [laughing emoji] |
| Ok I do babe | |
| But did u save it or something | |
| | I didn't. why? |
| | You want me to? |
| U don't have to | |
| | Oh okay. |
| | Did u have pizza yet? |
| [MIDDENDORP sent a picture that depicted pizza sitting on a table.] | |
| | Awww yay! Half and half?! |
| Ya I don't like the crust | |
| | Booo! |
| | Boo boo |
| Lol ok dad | |
| [Missed video call 7:10 PM] – MIDDENDORP attempted to video call. | |
| [MIDDENDORP sent a blurry picture that appeared to be outside.] | |
| [MIDDENDORP sent a blurry picture that appeared to be outside.] | |
| | Where's that? |
| [Missed video call 7:24 PM] – MIDDENDORP attempted to video call. | |
| Me n my cuz went to 711 | |
| | K |
| I love you sexy | |
| | Aww thx |
| All I get is a thanks every time lol | |
| What u don't love me | |
| [cry face emoji] | |
| | Ur with ur cuz I don't wanna bother u |
| I'm back at home baby | |
| | Yay! Sorry I didn't know. Did u tell ur cuz about me? |
| Nope | |
| Same to you | |
| Not until ur 18 | |
| Hey | |
| | Ah, okay. But why? Like ashamed of me? |
| No | |
| Ur young | |
| R u ashamed of me babe | |

**Page 19 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| [Missed video call 8:25 PM] – MIDDENDORP attempted to video call. | |
| U mad at me | |
| | No way. Eating now. |
| Eat me | |
| What u eating | |
| [MIDDENDORP sent a selfie picture of himself.] | |
| [wink face emoji] | |
| [Missed video chat 8:54 PM] – MIDDENDORP attempted to video chat. | |
| | Eat you??? Lol. How? |
| Miss you | |
| U know how to lick | |
| | Oh really? Lick what? |
| Me | |
| What do u wanna lick | |
| | Lol! Idk. You tell me. |
| My dick | |
| N | |
| Harry balls | |
| | You want me to do that? |
| Do u have to ask | |
| | And who is Harry? |
| R u | |
| | With fam sorry |
| [Missed video call 9:00 PM] – MIDDENDORP attempted to video call. | |
| Oh ok | |
| | Hey brb |
| Huh | |
| [MIDDENDORP sent a picture depicting a table with a plate of eaten pizza.] | |
| | Brb is be right back |
| | DC? |
| | Watching a movie? |
| Ya babe | |
| | Yay! What movie? |
| [MIDDENDORP sent a picture depicting the screen of a television.] | |
| | I didn't see that |
| [Missed video call 9:14 PM] – MIDDENDORP attempted to video call. | |
| I want to hear your voice | |
| [crazy eye emoji] | |

**Page 20 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | You heard it. Lol. Everyone is here. My brother isn't going with us to Washington state |
|---|---|
| I miss it babe | |
| | Awww ty |
| | Ur just gonna watch movies? |
| N look at ur beautiful pictures | |
| I saved all of em | |
| | Thanks! |
| | Why did u delete some of ur pics?! |
| | I didn't delete any |
| | That's kinda mean |
| Don't worry I'll send some more | |
| U need some for later | |
| | Yeah but why did u delete that's sus |
| Find don't get caught | |
| K baby | |
| | What do you mean? |
| Idk | |
| | Don't know what? |
| | Ur acting weird |
| Then video chat | |
| I'm mad | |
| | Why??????? |
| | I didn't do anything |
| I want a better video chat | |
| Ok | |
| | Wdym? U didn't like the video chat? |
| I loved it [heart eye emoji] | |
| | Yay! Wanna vid tomorrow?.? |
| | With fam |
| Ok | |
| But on one condition | |
| | kewl |
| | Lol ok |
| U promise babe | |
| | Ok what? |
| | Promise what????? Tell me |
| U have to always b mine n listen | |
| | Ok tell me |
| Next time u have to b sexy | |
| | Ok tell me what u want me to do |
| U have to show me ur panties | |
| | Like in my drawer |
| Yes | |

**Page 21 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | K |
| | That's it? That's easy to do |
| Ya that's u get to have on babe | |
| | Huh? |
| Uh-Huh easy baby | |
| Well babe | |
| | Well what? |
| Can you do that for me | |
| | What? |
| | Show my drawer? |
| Ya just ur panties babe | |
| | Ok |
| Yay | |
| I got a serious question | |
| | Ok |
| | Anything |
| Do you love me | |
| | I just met u |
| Too soon | |
| | I think so. I just want 2 be honest |
| Would you be willing to love me | |
| | I don't know. I just met u |
| | Lets vid chat tomorrow. Gonna go to ed. Night! |
| Good night sexy | |
| | Night! |
| [MIDDENDORP sent a selfie type picture of himself puckering his lips.] | |
| A kiss good night | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| | Morning |
| | [Video chat 16 mins] – Undercover video chatted with MIDDENDORP. The undercover asked MIDDENDORP if he knew the "mall," to which MIDDENDORP stated "Washington Square mall?" MIDDENDORP stated that he was going to try and meet up with her "there." When asked what they were going to do, MIDDENDORP stated "make love." MIDDENDORP asked the undercover what she was "wearing" and asked her if he could "see." MIDDENDORP asked what else the undercover was wearing. When asked if he would |

**Page  22  – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | meet her at the mall, MIDDENDORP stated "maybe." When asked if by the undercover if they were going to make love, MIDDENDORP stated "no" and started laughing. MIDDENDORP stated that he thought she was going to show him her "panties" today. MIDDENDORP stated that she could show him her "privates." The undercover asked "right now?," to which MIDDENDORP stated "ya right now." When asked what private parts he wanted her to show him, MIDDENDORP stated "all of them." MIDDENDORP asked if she ever "had sex before." MIDDENDORP then asked if "anyone had raped her before." MIDDENDORP then asked if she would "let him rape her." When asked if he wanted to rape her, MIDDENDORP responded by asking if she would let him. MIDDENDORP then asked several more times if she would let him rape her. When asked if he wanted to, MIDDENDORP stated "yeah." When asked if he wanted her to show him her privates, MIDDENDORP stated "forget about it." When asked if he wanted to "make love," MIDDENDORP now stated "no." MIDDENDORP again asked if she "wanted to be raped," to which the undercover stated that she didn't want to get pregnant. |
| Morning babe | |
| | Hey u |
| Hey | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| What u doing babe | |
| | Hey can I vid call u? |
| Ya | |
| Call me | |
| | [Video chat 18 mins] – Undercover video chatted with MIDDENDORP. MIDDENDORP stated that he had been thinking "sexually" about the undercover. When asked what he was thinking about, MIDDENDORP stated "rape." When asked if he wanted to "rape her," MIDDENDORP stated "heck yeah" and laughed. When asked if "it" would hurt, MIDDENDORP stated "probably" and then "I love you." When asked if he still wanted |

**Page 23 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | to see her, MIDDENDORP stated "heck yeah" but added that he wasn't sure if he was going to the mall to meet her. MIDDENDORP stated that she needed to wait for him and that eventually he would get a job, his own place, and that she could move in with him. When asked again if he wanted to meet on Sunday, MIDDENDORP stated that he would see what he could do and eventually stated that he would. The undercover told MIDDENDORP that her mom was dropping her off at 11. MIDDENDORP asked what they were going to do. When asked what they were going to do, MIDDENDORP asked what was she "willing to do?" MIDDENDORP asked if she was "down." MIDDENDORP stated that he thought she was going to show him her panties today. MIDDENDORP asked if she was wearing any panties and told her to show him "what she was wearing" or what she was "not wearing." MIDDENDORP then asked several times for the undercover to show him what she was wearing. MIDDENDORP stated "show me your boobs" and "alright get naked." MIDDENDORP told the undercover to show him her "naked body." |
| [MIDDENDORP sent a selfie type picture of him sticking his tongue out.] | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| I love you | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| | On the road driving there. Are we meeting Sunday or not? |
| Yes | |
| | Okay what time? |
| Sunday | |
| | ? |
| Hey sexy | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| Hi babe | |
| | Hey. I'm in bed with my mom. She pulled over and got a hotel. |
| | Can't vid chat |
| Oh ok | |

**Page 24 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | But it's dark in here [water emoji] |
|---|---|
| Is it creepy babe | |
| | U talking with any other grls? Don't lie to me |
| No | |
| I love you | |
| | I don't like the games u playing with me |
| I'm not | |
| | I'm mad at u and not sure I want to talk tonight |
| Why r u naked | |
| | Under my PJs I am. What you thinking |
| U always | |
| Remember ur mine | |
| | Nu uh |
| Yup | |
| | Nu uh |
| I think ur sexy | |
| | Have u raped anybody before? Don't remember if u said it would hurt me or not |
| | I've been thinking about it |
| Ya | |
| How so | |
| | Can u tell me about it. I've never done anything like that |
| | I don't want to get preggers |
| What's preggers | |
| | Pregnant |
| Oh lol | |
| | My mom might be mad at me if I got pregnant at 15 |
| Lol right | |
| | Like how would we do that? I just don't know much. Remember I'm a virgin |
| R u really | |
| | I've gone to 3rd base before once. That's it. U see how shy I am |
| N ur all mine | |
| | Nu uh |
| I'll force you | |
| | Tell me more…finally taking charge |
| U like it | |
| | I like a lot of things John |
| U like a lot of me | |
| [Missed video call] – MIDDENDORP attempted to video call. | |

**Page  25 – Exhibit 1 to Affidavit of Clinton Lindsly**

|  | Dude my mom is right next to me |
| Hey |  |
|  | You call my phone goes nuts |
|  | Gonna wake her up |
| So play with ur self |  |
|  | What do you want me to do |
| Play with ur pussy |  |
| [Missed video call] – MIDDENDORP attempted to video call |  |
| Answer your phone |  |
|  | Dude u call me again I'm signing out |
|  | Just woke her up |
|  | I can text |
| Ok |  |
|  | Play with my kittie huh |
|  | Can't do that when you keep waking up my mom |
| Is that what u call it |  |
|  | That's what u told me to do |
|  | Just making sure I know what u are telling me to do |
| Ya |  |
|  | Ok I'm gunna sleep |
| Good night |  |
|  | [penguin waving gif] |
| Hii sexy |  |
|  | Y u ghosting me |
| I'm not |  |
| Y u miss me |  |
|  | You just seem diff now |
| Na |  |
| Do you miss me |  |
|  | Do u miss me |
| Ya |  |
|  | So I'm not going to the mall on Sunday since you weren't sure |
|  | Are you home on Tuesday? |
|  | What u think about me taking an uber |
|  | I just need to know what we will do and u won't hurt me |
| Sounds good |  |
| In the morning Tuesday |  |
|  | Ya not to early or my mom will think it's weird. Like 10? |
| Ok |  |

**Page 26 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | Gonna go get my nails done with my mom. You seem really mad at me |
|---|---|
| I'm not | |
| Show me what it looks like when you get it done | |
| | K babe |
| | What color u want me to get? |
| Blue | |
| | Light or dark? |
| Dark | |
| | K babe |
| Sweet | |
| | [Undercover sent a picture depicting a hand with blue nails.] |
| Awe for me | |
| | Of course u said u wanted blue |
| They look great babe | |
| Hey baby | |
| I love you | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| Good night! | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| | Morning. Headed to beach for the day with mom |
| | Excited about Tuesday |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| Good morning baby | |
| | Morning! In my car with mom. So excited to feel the beach in my toes! |
| Hope it's not too sandy lol | |
| Hope you have fun | |
| Hey | |
| Hey again | |
| | Hey |
| | [Undercover sent a video depicting the ocean.] |
| Is that where you were all day babe | |
| | Ya still out here. Think mom wants to get a hotel |
| Oh | |
| Having fun | |
| | Ya it's nice to have time with my mom. Thinking about Tuesday a lot too. I? |
| | U? |
| Ya | |

**Page 27 – Exhibit 1 to Affidavit of Clinton Lindsly**

| | |
|---|---|
| | Whatcha thinkin |
| U n me laying down together | |
| | Like to sleep? |
| Lol no | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| | With my mom back at the hotel. It's one room |
| Oh | |
| | It's kind of gross |
| I missed you all day | |
| What is | |
| | The room |
| Sorry lol | |
| Show me what it looks like with u | |
| I want another pic | |
| | Of what babe |
| U n the room | |
| | I can't my mom here watching tv with me |
| Just say ur taking a picture of your self | |
| Ok just u | |
| Another picture of just u | |
| | Ok sec I'll try and do it under the bed sheets |
| Ok | |
| | [Undercover agent sent three selfie style images depicting herself.] |
| All for me beautiful | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| Hey sexy | |
| [Missed video call] – MIDDENDORP attempted to video call. | |
| Good night my beautiful | |
| | Morning boo boo |
| Morning my beautiful | |
| | What u doing |

**Page  28  – Exhibit 1 to Affidavit of Clinton Lindsly**